725 A.2d 1123

IN THE MATTER OF FREDERIC H. BROOKS,
AN ATTORNEY AT LAW.

March 25, 1999.

## ORDER

The Disciplinary Review Board on November 6, 1998, having filed with the Court its decision concluding that **FREDERIC H. BROOKS** of **EAST ORANGE,** who was admitted to the bar of this State in 1982, should be reprimanded for multiple violations of *RPC* 8.1(b) (failure to cooperate with ethics authorities), and good cause appearing;

It is ORDERED that **FREDERIC H. BROOKS** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.